IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYESHA N. ISOM, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:21-CV-1386-E-BK |
| | § | |
| | § | |
| RIDE TIME LLC, | § | |
|       Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 3rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE